**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HARLAN BERGER,**

        **Plaintiff,**

-vs-                                                Case No. 6:06-cv-1587-Orl-31DAB

**EMPIRE INDEMNITY INSURANCE CO.,**

        **Defendant.**

_____

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Notice of Settlement (Doc. No. 37), it is

**ORDERED** that this case is **DISMISSED** without prejudice pursuant to Local Rule 3.08(b), subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings. The Final Pretrial Conference scheduled for 3 p.m. today is **CANCELED**, and any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on October 24, 2007.

                                                                  GREGORY A. PRESNELL
                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party